IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 07- 76m |
| ) | |
| AARON L. HURTT, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER FOR STAY PENDING APPEAL**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Robert J. Prettyman, Assistant United States Attorney for the District of Delaware, moves that the Court stay its Order of release, pending the Government's appeal to a Judge of the District Court for the District of Delaware.

Respectfully submitted,

COLM F. CONNOLLY
UNITED STATES ATTORNEY

BY: /s/ Robert J. Prettyman
Robert J. Prettyman
Assistant United States Attorney

Dated: 4/25/07

**IT IS SO ORDERED** this ___25th___ day of __April,__ 2007.

/s/ Mary Pat Thynge
HONORABLE MARY PAT THYNGE
United States Magistrate Judge