*FILED IN OPEN COURT ON*
*RPG*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 07- 76 m |
| | ) | |
| AARON L. HURTT, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR REVOCATION OF RELEASE ORDER**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney and Robert J. Prettyman, Assistant U.S. Attorney and hereby respectfully requests pursuant to 18 U.S.C. §3145 that the District Court revoke the Release Order entered by the United States Magistrate Judge today.

Respectfully submitted,

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By *Robert J. Prettyman*
Robert J. Prettyman
Assistant U.S. Attorney

Date: 4/25/07